IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| KASANDRA PHILLIPS,<br><br>     Plaintiff,<br><br>     v.<br><br>NORTHVIEW HOTEL GROUP, LLC,<br><br>     Defendant. | CIVIL ACTION NO.: 2:21-cv-94 |

**O R D E R**

Plaintiff filed her Complaint on October 7, 2021.  Doc. 1.  On October 8, 2021, the Court issued its standard Rule 26 Instruction Order.  Doc. 2.  Counsel for Defendant filed an Answer on December 20, 2021.  Docs. 6.

Federal Rule of Civil Procedure 26(f) requires the parties meet and confer at the initiation of a lawsuit.  Rule 26 requires the parties discuss a number of things, including the prospects for resolving a case, initial discovery disclosures, and a proposed discovery plan.  The attorneys of record are "jointly responsible" for scheduling and attending the conference.  Fed. R. Civ. P. 26(f)(2).  Further, pursuant to Local Rule 26.1(a) of this Court, the parties must hold the Rule 26(f) conference by the earlier of 60 days after any defendant has been served with the complaint or 45 days after any defendant has appeared.  Within 14 days of that conference, the parties are to file a report with the Court.  Local R. 26.1(b); Doc. 2.  Despite these guidelines and instructions from the Court, the parties have not filed their Rule 26(f) Report.

Thus, the Court **ORDERS** the parties to show cause, in writing, within 21 days of this Order why this cause of action should not be dismissed due to the parties' failure to follow this Court Orders.  In the alternative, the Court once again **ORDERS** the parties to confer under Rule

26(f) within 14 days of this Order and submit a Rule 26(f) report within 7 days of their Rule 26(f) conference.  Should the parties choose the latter option, the Court will issue an appropriate Scheduling Order.

**SO ORDERED**, this 18th day of March, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA