# In the United States District Court for the Southern District of Georgia Brunswick Division

KASANDRA PHILLIPS,

    Plaintiff,

v.

NORTHVIEW HOTEL GROUP, LLC,

    Defendant.

CV 221-094

## ORDER

Before the Court is Plaintiff's notice of voluntary dismissal, dkt. no. 8, wherein she notifies the Court that she wishes to dismiss all claims in this action with prejudice. Defendant has stipulated to the dismissal. Dkt. No. 9. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims are hereby **DISMISSED with prejudice.** Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 18 day of April, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA